# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 19-0325 (ABJ) |

## NOTICE REGARDING SERVICE

Defendant, by undersigned counsel, hereby respectfully submits the following notice regarding service of process in the above civil action.

1. On February 7, 2019, Plaintiffs filed the Complaint in this Freedom of Information Act case.

2. Plaintiffs subsequently filed proofs of service stating that the United States Attorney General and the United States Attorney's Office had been served with the Summons and Complaint by certified mail on February 11, 2019. ECF No. 4 and ECF No. 5 (both showing service on "Eddie Anderson").

3. Because of safety precautions implemented in response to the anthrax attacks in 2001, there is no direct mail delivery to the U.S. Attorney's Office, and all mail addressed to the Office is initially routed though the Main Mail Room of the Department of Justice. Although it appears that the Department of Justice Mail Room did receive Plaintiffs' service package(s) on February 11, 2019, the package intended for the Civil Process Clerk of the Office of the United States Attorney for the District of Columbia was not received until March 1, 2019. *See* ECF No.

4-1; ECF No. 5-1; September 27, 2017 Letter pursuant to Fed. R .Civ. P. 4(i)(1)(A) (copy attached).

4. Accordingly, the Assistant United States Attorney assigned primary responsibility in the case recorded the due date for the answer as Monday, April 1, 2019. Not until today did he learn that the Court's docket indicated that an answer was reportedly due today.

5. Undersigned counsel has conferred with counsel for Plaintiffs, including Bradley P. Moss, Esq., who has indicated that, regardless of the service date, Plaintiffs would consent to the answer being filed on April 1, 2019.

6. If the Court were of the opinion that service was effected before the summons and complaint reached the Civil Process Clerk, Defendant respectfully requests, pursuant to Rule 6(b)(1)(A), that the Court extend the time for Defendant to respond to Plaintiffs' complaint up to and including April 1, 2019. Good cause exists to grant this request because Defendant's counsel have only recently become aware of the expedited nature of the need for an answer and because the Agency attorney with responsibility for assisting in the case is out of the office this week.

March 13, 2019

Respectfully submitted,

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By:_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

555 4th Street, N.W.  
Washington, DC  20530  
(202) 252-2536  
mark.nebeker@usdoj.gov